No. 4,558.—STATE ex rel. GEO. DRYER, RELATOR, *v.* DISTRICT COURT et al., RESPONDENTS.

Original application for writ of supervisory control to the District Court of the Fourth Judicial District, and Asa L. Duncan, a Judge thereof.

Decided January 23, 1920.

PER CURIAM.—The application of the relator herein for a writ of supervisory control, this day presented, is denied.

*Messrs. Hall & Pope,* for Relator.